# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue | 21st Floor | New York, NY 10169 | Telephone: 212-349-2800 | www.dunnington.com | rswetnick@dunnington.com

November 11, 2019

*VIA ECF*

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:  Ramirez v M.L. San Jose Enterprises Corp., et al.
            Case No. 19-Civ-3429 (LGS)

Dear Judge Schofield:

    This office represents the Defendants in the above noted matter and we submit this letter in response to Plaintiff's request by letter dated November 8, 2019 for an extension of time.

    Last week I was out of state visiting a relative who is ill. The requested list of names, addresses, etc. which had to be served by November 7th were received by this office and were in fact, albeit by mail, served on November 6, 2019, in my absence. When I received a voicemail from Plaintiff's counsel, I asked an associate in the office to respond and to confirm that the document had been sent. Later in the day when I received another voicemail from Plaintiff's counsel; I attempted to call him directly and was unable to reach him and sent him a text message.

    Although we do not believe it is necessary to extend dates inasmuch as Plaintiff should have his notice ready and the list contains only seven (7) names, we have no objection if he needs an additional few days to complete the mailing.

    Thank you for your consideration and attention.

                                     Very truly yours,

                                     Robert N. Swetnick
                                     Partner

RNS:sb

cc:    Fausto E. Zapata, Jr., Esq. (Via ECF)
        Retu Singla, Esq. (Via ECF)