UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RAMIREZ,

           Plaintiff,

-against-

M.L. SAN JOSE ENTERPRISES, CORP. et al.

           Defendants.

19 Civ. 3429

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on March 20, 2020, the parties filed a joint letter requesting to extend the discovery deadline sixty days from March 26, 2020, to May 25, 2020. ECF 61;

WHEREAS, on March 23, 2020, the Court granted in part and denied in part this request. The Court directed the parties to file, by March 25, 2020, a proposed amended case management plan that extends the discovery deadlines no greater than twenty-one days. ECF 62;

WHEREAS, on March 25, 2020, the parties failed to file a proposed case management plan on the docket.

WHEREAS, on March 26, 2020, discovery in this matter ended. ECF 57. It is hereby

**ORDERED** that the parties may file a proposed amended case management plan that extends the discovery deadline no greater than 14 days by March 30, 2020. If the parties fail to file a proposed amended case management plan, then no further extension requests will be accepted and discovery will have ended.

Dated: March 27, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE