UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JOSE RAMIREZ, individually and behalf of others similarly situated,

                Plaintiff,

-against-

M.L. SAN JOSE ENTERPRISES CORP. et al.,

                Defendants.

19 Civ. 3429 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the final pre-trial conference in this matter is set for March 25, 2021, at 10:30 a.m. (Dkt. No. 71).

WHEREAS, the parties informed Judge Gorenstein that they have reached a settlement in principle (Dkt. No. 77), and Judge Gorenstein directed the submission of settlement materials by March 24, 2021 (Dkt. No. 78). It is hereby

**ORDERED** that the conference scheduled for March 25, 2021, at 10:30 a.m., is **cancelled**.

Dated:  March 24, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**