UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE RAMIREZ., individually and on behalf of others similarly situated,

                              Plaintiff,        19 Civ. 3429 (LGS)

-against-        ORDER

M.L. SAN JOSE ENTERPRISES, CORP et al.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 24, 2021, the parties filed a letter motion for approval of a proposed settlement (Dkt. No. 80) of Plaintiff's claims against Defendants for alleged violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law.  It is hereby

**ORDERED** that the settlement of Plaintiff's FLSA claims, as set forth in the proposed settlement agreement ("Settlement Agreement," Dkt. No. 80-1), is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

**ORDERED** that Plaintiffs' counsel's request for $16,337.70 is **GRANTED**.  The remainder of the settlement shall be distributed pursuant to the Settlement Agreement.  It is further

**ORDERED** that by **March 29, 2021**, the parties shall file an executed version of the Settlement Agreement.

Dated: March 25, 2021
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**