UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE RAMIREZ, individually and on behalf of others similarly situated,
                                Plaintiff,

-against-

M.L. SAN JOSE ENTERPRISES, CORP et al.,

                                Defendants.
------------------------------------------------------------X

19 Civ. 3429 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 25, 2021, approved the parties' proposed settlement as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015), and directed the parties to file an executed version of the approved settlement agreement by March 29, 2021.

WHEREAS, the parties have not filed an executed settlement agreement. It is hereby

**ORDERED** that by **March 31, 2021**, the parties shall file an executed version of the approved settlement agreement.

Dated: March 30, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**