UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
JOSE RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

M.L. SAN JOSE ENTERPRISES, CORP et al.,

                Defendants.
-------------------------------------------------------------X

19 Civ. 3429 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 25, 2021, approved the parties' proposed settlement as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015), and the parties filed an executed settlement agreement on March 30, 2021 (Dkt. No. 83).

WHEREAS, no issues remain outstanding in this case.

The Clerk of Court is respectfully directed to close this case.

Dated: April 6, 2021
       New York, New York

                                      LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE